UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Daniel O'Malley
                                Plaintiff,

v.                                                            Case No.: 1:20−cv−01331
                                                           Honorable Edmond E. Chang

Kass Management Services Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, May 24, 2020:

    MINUTE entry before the Honorable Edmond E. Chang: Defendant's motion to dismiss on limitations grounds [19], which is really a motion for judgment on the pleadings, does not appear to contain a statement of conferral, in violation of Judge Chang's Case Management Procedures. The motion [19] is terminated without prejudice. When the parties confer, they shall discuss whether either side might need very limited discovery on the limitations issue, whether based on Defendant's theory (which seems more like a matter of law issue on the accrual date) or Plaintiff's response (if Plaintiff would invoke some sort of tolling argument). The conferral shall take place by 06/01/2020. If the parties agree that discovery is not needed, then the new motion for judgment on the pleadings is due by 06/03/2020. If there is a dispute over the need for discovery, then the party proposing discovery shall file a motion on that same date. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.