**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Daniel O'Malley

                         Plaintiff,

v.                                                    Case No.: 1:20–cv–01331
                                                    Honorable Edmond E. Chang

Kass Management Services Inc.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Telephone hearing held on the motion for final approval. Counsel for the parties appeared by telephone. No one else appeared for the hearing. As articulated on the record, Rule 23 requirements have been met. The joint motion for final approval of class settlement [88] is granted. Counsel for the Plaintiff shall file a status report, by 01/20/2023, reporting on the number of uncashed checks (if any) and providing a proposal on how to move forward. A tracking status hearing is set for 01/27/2023 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Counsel for the Plaintiff shall email a draft proposed final approval order to the proposed order email account. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.