IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL O'MALLEY, Individually and on Behalf of Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) KASS MANAGEMENT SERVICES, ) INC., ) ) Defendant. ) | Case No. 1:20-cv-01331 |

**ORDER ON MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

This matter is before the Court on the Parties' Joint Motion for Final Approval of Class Settlement (ECF #88). The Court held a Final Approval Hearing on October 12, 2022, with counsel for both Plaintiffs and Defendant present. Based on the Joint Motion and attached materials, and presentations of counsel at the hearing, IT IS HEREBY ORDERED:

1. The Court hereby approves the settlement agreement memorialized in the Parties' Joint Motion for Final Approval of Class Settlement (ECF#88) and for the reasons set forth on the record at the hearing before the Court and as set forth herein, finds this settlement a fair, reasonable, and adequate resolution of a bona fide dispute between the parties. The settlement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

2. The Court finds that the total number of Class Members is 772 and that no Class Members have excluded themselves or objected to the settlement.

3. The Court finds that the Class Notice, having been sent to Class Members via U.S. Mail, was the best practicable notice to the Settlement Class Members under the

circumstances and fully met the requirements of Fed. R. Civ. P. 23 and any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law.

4. The Court makes a final determination that the Settlement Agreement (ECF #81-1), which establishes a $145,000.00 Settlement Fund, which will be used to pay: (1) cash settlement awards to Settlement Class Members that total $84,000; (2) settlement administration expenses that total $6,000; (3) court-approved attorney's fees and costs that total $47,000 ($46,000 in fees and $1,000 in costs); and (4) an incentive award to the Class Representative in the amount of $8,000, is fair, reasonable, and in the best interests of the class.

5. The Court finds, for the purposes of settlement, that the Class Members are similarly situated and meet the requirements for class certification under Fed. R. Civ. P. 23. The Court certifies, for the purposes of settlement only, the following Settlement Class pursuant to Fed. R. Civ. P. 23:

> All people whose bank accounts were automatically debited by Kass Management Services for a recurring fee other than a fee for assessments, gas, parking, cable, internet, and other special assessments through an unauthorized electronic fund transfer, or who otherwise suffered a violation of EFTA by Kass' act or omission at any time on or after March 1, 2019, up to and including May 10, 2022.

6. Plaintiff and Class Members release Defendant and its predecessors, successors, parents, subsidiaries, affiliates, officers, directors, partners, members, principals, employees, agents, attorneys, insurers, servants, and assigns from all claims, demands, causes of actions, suits, damages, and fees arising under §1693e(a) of the Electronic Fund Transfer Act and/or any other federal or state electronic transfer laws, whether in law or equity, that have been or could have been brought by a Releasing Person against Defendant or any property it manages.

7. The claims of Plaintiff and the Class are dismissed without prejudice and without costs with leave to reinstate on or before November 15, 2022. In the event a motion to reinstate is not filed on or before November 15, 2022, the claims of Plaintiff and the Class shall be deemed, without further order of the Court, to be dismissed with prejudice, except as provided otherwise in the Settlement Agreement.

8. The Court retains exclusive jurisdiction to interpret, enforce, and implement the Settlement Agreement and this Final Approval Order.

SO ORDERED.

Date: October 19, 2022

EDMOND E.CHANG
United States District Judge